CLOSED, USMJ_Webb

# U.S. District Court
# EASTERN DISTRICT OF NORTH CAROLINA (Eastern Division)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00027−F

Nelson v. Davol, Inc.
Assigned to: Judge James C. Fox
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/13/2008
Date Terminated: 04/03/2008
Jury Demand: Plaintiff
Nature of Suit: 245 Tort Product Liability
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Algia Nelson**

represented by **Carmaletta L. Henson**
Henson &Fuerst, P.A.
P. O. Box 7008
Rocky Mount, NC 27804
252−443−2111
Fax: 252−443−9429
Email: carma@lawmed.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2008 | " 1 | COMPLAINT against Davol, Inc. ( Filing fee $ 350 receipt number 0417000000000524699.), filed by Algia Nelson. (Henson, Carmaletta) (Entered: 02/13/2008) |
| 02/13/2008 | " | NOTICE OF DEFICIENCY − Failure to File Financial Disclosure Statement as to Algia Nelson. Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, all parties must file a corporate affiliate/financial interest disclosure statement. A negative statement is required if a party has no disclosures to make. The disclosure statement must be on a form provided by the clerk. This form is available at the clerks office and on the courts website. (Deputy Clerk − JA, ) (Entered: 02/13/2008) |
| 02/13/2008 | " | NOTICE OF DEFICIENCY re: 1 Complaint − In the future, please file Summons and Civil Cover Sheet as attachment. Thank you. (Deputy Clerk − JA, ) (Entered: 02/13/2008) |
| 02/13/2008 | " 2 | FINANCIAL DISCLOSURE STATEMENT by Algia Nelson (Henson, Carmaletta) (Entered: 02/13/2008) |
| 02/14/2008 | " | NOTICE OF DEFICIENCY re: 2 Financial Disclosure Statement for counsel's failure to properly sign this document using the appropriate e−filing signature (/s/counsel's name). Please sign the document and refile with the court. Thank you. (Deputy Clerk − SE, ) (Entered: 02/14/2008) |

| | | |
|---|---|---|
| 02/22/2008 | " 3 | FINANCIAL DISCLOSURE STATEMENT by Algia Nelson (Henson, Carmaletta) (Entered: 02/22/2008) |
| 03/05/2008 | " 4 | Summons Issued as to Davol, Inc.. (Deputy Clerk − BG, ) (Entered: 03/05/2008) |
| 03/25/2008 | " 5 | Letter from Denise Morgan−Stone to David DiMarzio in re:MDL No. 1842 advising our court of the conditional transfer order filed by the Panel and that the 15 day period for opposition has elapsed and that it is time to send out a certified copy of the Panel's order to the clerk of the district court from which the action is being transferred. (Attachments: # 1 Copy of uncertified CTO−16) (Deputy Clerk − SE, ) (Entered: 04/03/2008) |
| 03/28/2008 | " 6 | TRANSFER ORDER, from the District of Rhode Island signed by Jeffery Luthi, Clerk of the Panel. Issued by David A. DiMarzio, Clerk for the District of Rhode Island on 3/28/2008. (Deputy Clerk − SE, ) (Entered: 04/03/2008) |
| 04/03/2008 | " | Original record transferred to the District of Rhode Island via Inter−District Transfer System (CM/ECF). (Deputy Clerk − SE, ) (Entered: 04/03/2008) |
| 04/03/2008 | " | Case transferred to District of Rhode Island. Original file, copy of transfer order, and docket sheet sent via inter−district transfer system (CM/ECF). (Deputy Clerk − SE, ) (Entered: 04/03/2008) |